JAMES P. SHEA (State Bar No. 162483)
LAW OFFICES OF SUSAN R. WASSERMAN
5055 Wilshire Blvd., Suite 340
Los Angeles, CA 90036
Telephone: 323-954-9600
Fax: 323-954-9616
E-mail: lawoffice5750@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IDALIA RIZO-PINEDA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, <br><br> Defendant. | NO. CV 10-3518 AJW <br><br> **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

IT IS ORDERED that EAJA fees are awarded in the amount of one thousand, seven hundred and forty-two dollars and two cents ($1,742.02), and costs in the amount of three hundred fifty dollars and no cents ($350.00), subject to the provisions of the EAJA and subject to the terms of the stipulation.

January 27, 2011

_____
HON. ANDREW J. WISTRITCH
UNITED STATES MAGISTRATE JUDGE